UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF OHIO

5:22MC 36

| | | |
|---|---|---|
| SARAH HUTCHENS | ) | Civil Action No.: |
| | ) | |
| Petitioner, | ) | JUDGE **JUDGE OLIVER** |
| v. | ) | |
| | ) | **APPLICATION FOR SUBPOENAS TO** |
| JOHN DOE, Unknown Persons | ) | **IDENTIFY IDENTITY INFRINGER** |
| | ) | |
| Respondent. | ) | Miscellaneous Docket |
| | ) | |

Now comes the Petitioner, Sarah Hutchens, by and through her counsel, William H. Corgan and requests this Court issue an Order authorizing Plaintiff's Counsel to issue subpoenas to Meta Platforms, Inc. (for social platforms Facebook and Instagram), Only Fans and Tik Toc, for release of information regarding accounts that were made using her identity in the form of photographs, videos and the use of her name. Petitioner also requests the Court for authority to subpoena identification information relating to social media accounts that were used to harass her.

The identity infringer has caused Ms. Hutchens emotional distress and potentially financial loss. The internet social media platforms require subpoenas issued from a Federal Court before they will comply with any release of information from a

Filing fee $49.00 Paid 7-1-22
Rcpt # 54600008643 fen

private individual. Attached are copies of the subpoenas that the Petitioner seeks to issue. The sole purpose of issuing the subpoenas is to identify the identity infringer and harasser so that appropriate action may be brought against them either in Federal or State Court as the circumstances will allow.

Furthermore, Petitioner was assaulted by an individual on or about March 30, 2022. An Instragram user using the name cusi7504 contacted the Petitioner and informed her that they had a video of the assault. It is unknown to the Petitioner if the person made the account was being sincere, or using the social media platform to harass her. Petitioner seeks to subpoena information from the Instragram user in order to obtain that evidence for use in a State personal injury claim against the person who assaulted her and the employer of that person.

Also as a result of the assault, a Facebook user using the name "Carson Peebles" harassed Petitioner and many of her co-workers on that social media platform. The identity of this person is needed for purposes of halting the harassment, defamation and discovery of potential involvement in the assault.

WHEREFORE, Petitioner requests this Court for an Order authorizing her to issue subpoenas under this Civil Action Case Number.

Respectfully submitted,

_____
William H. Corgan, Esq. (#0074398)
**WEISENSELL, MASTRANTONIO & NIESE, LLP**
*Attorney for Petitioner Sarah Hutchens*
23 S. Main Street, Suite 301
Akron, Ohio 44308
(330) 376-5756
(330) 762-5980 - fax
WHCorgan@nwm-law.com